Argued and submitted April 29, affirmed June 15, 2005

STATE OF OREGON,
*Respondent,*

*v.*

LYLE MARK COULTAS,
*Appellant.*

CR01-0164; A116362

113 P3d 923

Rankin Johnson IV, Deputy Public Defender, argued the cause for appellant. On the opening brief were Peter A. Ozanne, Executive Director, and Ingrid A. MacFarlane, Senior Deputy Public Defender, Office of Public Defense Services. On the supplemental brief filed March 11, 2004, were Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Eric M. Cumfer, Senior Deputy Public Defender, Office of Public Defense Services. On the supplemental brief filed March 18, 2005, was Peter Gartlan, Chief Defender, Office of Public Defense Services. On the *pro se* supplemental brief was Lyle Mark Coultas.

Douglas F. Zier, Assistant Attorney General, argued the cause for respondent. With him on the briefs were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Linder, Presiding Judge, and Haselton* and Ortega, Judges.

PER CURIAM

Affirmed. *State v. Yashin,* 199 Or App 511, 112 P3d 331 (2005).

---

* Haselton, J., *vice* Richardson, S. J.